1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT
JUNE 11, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

8      UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| GEORGE MINDIOLA WUSSTIG,<br><br>Plaintiff,<br><br>vs.<br><br>LONG BEACH POLICE DEPARTMENT, DET. SHEA S. ROBERTSON #6103, CITY OF LONG BEACH, SA DENNIS JOHN, SA EDWARD HAN, GS WADE SHANNON, AND TEN UNKNOWN NAMED DEFENDANTS ("DOES" 1-10, inclusive,<br><br>Defendants. | Case No.: CV12-05901-SVW (Ex)<br><br>*Honorable Stephen V. Wilson<br>Courtroom 6, 2nd Floor, 312 N. Spring Street, Los Angeles, CA 90012*<br><br>[PROPOSED]<br>JUDGMENT AFTER ORDER GRANTING SUMMARY JUDGMENT<br><br>Complaint Filed: July 8, 2012<br>Trial Date: May 27, 2014 |

Defendant CITY OF LONG BEACH (also erroneously sued as its subdivision LONG BEACH POLICE DEPARTMENT) and SHEA ROBERTSON's Motion for Summary Judgment or in the Alternative Partial Adjudication [Doc. 68] was deemed suitable for determination without oral argument by the Hon. Stephen V. Wilson, United States District Judge, and the hearing scheduled for May 5, 2014 was vacated.

/ / /

/ / /

1 | The evidence presented having been fully considered, the issues having been fully reviewed and a decision having been duly rendered, as more particularly set forth in the IN CHAMBERS ORDER Re: Defendants' Motion for Summary Judgment [Doc. 78], Defendant CITY OF LONG BEACH and SHEA ROBERTSON's motion for summary judgment was GRANTED in full.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff **GEORGE MINDIOLA WUSSTIG** take nothing, that the action be dismissed on the merits and **SHEA S. ROBERTSON** and the **CITY OF LONG BEACH** recover its costs.

///

DATED: June 11, 2014

_____
STEPHEN V. WILSON,
United States District Court Judge